# United States District Court
# for the Northern District of Texas
# Dallas Division

| | | |
|---|---|---|
| **United States of America**, | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | No. 3:22-CR-390-S-1 |
| | § | |
| **Joseph Garza,** | § | |
| *Defendant* | § | |

## Defendant's Motion to Withdraw as Counsel

The Defendant, Joseph Garza, by and through his undersigned attorney, Jason D. Hawkins, requests that the Office of the Federal Public Defender for the Northern District of Texas be allowed to withdraw from the case and that new counsel be appointed. The case was previously assigned to Assistant Federal Public Defender Erin Brennan, but she has since left the office to enter private practice.

Respectfully submitted this 20th day of December 2022.

Jason D. Hawkins
Federal Public Defender

/s/ Jason D. Hawkins
_____

**Jason D. Hawkins**
Federal Public Defender
Federal Public Defenders Office
525 Griffin Street, Suite 629
Dallas, Texas 75202
214.767.2746
214.767.2886 facsimile
Texas Bar No. 00795763
Jason_Hawkins@fd.org

## Certificate of Conference

I, Jason D. Hawkins, hereby certify that on December 19, 2022, I did confer by telephone with Renee Hunter, the Assistant United States Attorney assigned to this matter, and she is unopposed to the requested relief.

/s/ Jason D. Hawkins
_____
**Jason D. Hawkins**
Federal Public Defender

## Certificate of Service

I, Jason D. Hawkins, hereby certify that on the 20th day of December 2022, a copy of the foregoing motion was delivered via ECF to the United States Attorney's Office, attention Renee Hunter.

/s/ Jason D. Hawkins
_____
**Jason D. Hawkins**
Federal Public Defender