# United States District Court
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL ACTION NO. 3:22-CR-0390-S |
| | § | |
| JOSEPH GARZA (1) | § | |

### ORDER

Before the Court is Defendant Joseph Garza's Motion to Withdraw as Counsel ("Motion") [ECF No. 96]. The Court, having reviewed the Motion,[1] finds that good cause has been shown and **GRANTS** the Motion. Gabriela Markolovic is granted leave to withdraw as counsel for Defendant.

**SO ORDERED.**

SIGNED February 25, 2026.

_____
**KAREN GREN SCHOLER**
**UNITED STATES DISTRICT JUDGE**

---

[1] The Court notes Mr. Green and Mr. Clark's footnoted objection to Ms. Markolovic leaving GreenClark PLLC and acknowledges such objection is not without merit. However, the objection is overruled.