IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

UNITED STATES OF AMERICA

v.

NO.  3:22-CR-390-S

JOSEPH GARZA (01)
KEVIN MCDONNELL (02)
JAMES RICHARDSON (03)
CRAIG FENTON (04)

## NOTICE OF APPEAL

Under 18 U.S.C. § 3731, the United States appeals to the United States Court of

Appeals for the Fifth Circuit from the district court's order of May 6, 2026, (dkt. 154),

which granted Defendants Joseph Garza, Kevin McDonnell, James Richardson, and

Craig Fenton's Motion to Dismiss Count of Indictment (dkt. 100).

**Government's Notice of Appeal—Page 1**

Respectfully submitted,

RYAN RAYBOULD
UNITED STATES ATTORNEY

*/s/ Renee M. Hunter*
RENEE M. HUNTER
Assistant United States Attorney
Texas State Bar No. 24072942
MARTY BASU
Assistant United States Attorney
Illinois State Bar No. 6302360
MICHAEL C. BOTELER
DOJ Senior Litigation Counsel
DC Bar No. 474504
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214-659-8600
Facsimile: 214-659-8809
Email: Renee.Hunter@usdoj.gov
Email: Marty.Basu@usdoj.gov
Email: Michael.C.Boteler@usdoj.gov