# United States District Court
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| v. | § |
| | §    CRIMINAL ACTION NO. 3:22-CR-0390-S |
| JOSEPH B. GARZA (1) | § |
| KEVIN MCDONNELL (2) | § |
| JAMES RICHARDSON (3) | § |
| CRAIG FENTON (4) | § |

## ORDER

Before the Court is the Joint Motion to Stay Case ("Motion") [ECF No. 173]. Having reviewed the Motion and the Government's Notice of Appeal [ECF No. 172], the Court **GRANTS** the Motion. Accordingly, it is **ORDERED** that this case is **STAYED** pending the resolution of the interlocutory appeal. It is further **ORDERED** that the current trial setting of May 27, 2026, the pretrial conferences, and the pretrial deadlines are **CANCELLED**.

**SO ORDERED.**

SIGNED May 12, 2026.

_____
**KAREN GREN SCHOLER**
**UNITED STATES DISTRICT JUDGE**